138321

# UNITED STATES DISTRICT COURT

**District of Minnesota**
**Clerk's Office, 708 Federal Building**
**316 North Robert St., St. Paul, MN 55101, Phone: (651) 848-1100**

## PETITION FOR ADMISSION PRO HAC VICE

Case Number: 01-1469 DSD/JMM

Case Title: Kim Michelle Robertson v. Whitehall Robins, American Home Products Corporation and John Does 1-10

I, Joseph M. Price, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice James F. Rogers, an attorney admitted to practice in the U.S. District Court for the District of South Carolina, but not admitted to the bar of this court, who will be counsel for the defendant American Home Products Corporation and its unincorporated division Whitehall-Robins Healthcare in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept services of all papers served.

Joseph M. Price — Signature

88201 — MN Attorney License #

9/6/01 — Date

**Affidavit of Proposed Admittee**

I, James F. Rogers, am currently a member in good standing of the U.S. District Court for the District of South Carolina, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

James F. Rogers — Type/Print Name

[signature] — Signature

8/31/01 — Date

Attorney License Number: SC Bar 12942

Law Firm Name & Address:

Nelson Mullins Riley & Scarborough, L.L.P.
1330 Lady Street, 3rd Floor
Post Office Box 11070
Columbia, SC 29201
(803) 799-2000

Motion Granted: Richard D. Sletten lj

Date: SEP 10 2001

For the Court: Francis E. Dosal, Clerk

SEP 10 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK