138523 AUG 20 2001

AUG 20 2001

# UNITED STATES DISTRICT COURT
District of Minnesota
Clerk's Office, 708 Federal Building,
316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100

RECEIVED BY MAIL
OCT 15 2001
CLERK US DIST COURT
ST. PAUL, MN

SEP 17 2001

## PETITION FOR ADMISSION PRO HAC VICE

Case Number: 01-1469 DSD/JMM Case Title: ____________

**Affidavit of Movant**

I, Gale D Pearson, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice David B Rheingold, an attorney admitted to practice in the ____________ District of ____________, but not admitted to the bar of this court, who will be counsel for the (✓)plaintiff ( )defendant ______ ______ in the case(s) listed above. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed above, and that I accept service of all papers served.

Gale D Pearson (signature) 244673 9/10/01
Signature MN Attorney License # Date

**Affidavit of Proposed Admittee**

I, DAVID B RHEINGOLD am currently a member in good standing of the U.S. District Court for the SOUTHERN District of NEW YORK, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

DAVID B. RHEINGOLD (signature) 8/30/01
Type/Print Name Signature Date

Attorney License Number: 052 56 4676

Law Firm Name & Address: ____________
RHEINGOLD, VALET RHEINGOLD & SHKOLNIK
113 EAST 37th ST NY NY 10016

Telephone: (212) 684 1880

Motion Granted: (signature), lkj OCT 15 2001
For the Court: Francis E. Dosal, Clerk Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED OCT 15 2001 lkj
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______