A CERTIFIED TRUE COPY

OCT 15 2001

ATTEST [signature]
FOR THE JUDICIAL PANEL OF
MULTIDISTRICT LITIGATION

I hereby certify that the annexed instruments is a true and correct copy of the original on file in my office.
ATTEST: BRUCE RIFKIN
Clerk, U.S. District Court
Western District of Washington
By [signature]
Deputy Clerk

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 27 2001

FILED
CLERK'S OFFICE

*DOCKET NO. 1407*

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION*

RECEIVED
BY MAIL
OCT 29 2001
CLERK US DIST COURT
ST. PAUL, MN

*(SEE ATTACHED SCHEDULE)*

*CONDITIONAL TRANSFER ORDER (CTO-2)*

On August 28, 2001, the Panel transferred eight civil actions to the United States District Court for the Western District of Washington for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. With the consent of that court, all such actions have been assigned to the Honorable Barbara Jacobs Rothstein.

It appears that the actions listed on the attached schedule involve questions of fact which are common to the actions previously transferred to the Western District of Washington and assigned to Judge Rothstein.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), the actions listed on the attached schedule are hereby transferred under 28 U.S.C. §1407 to the Western District of Washington for the reasons stated in the order of August 28, 2001, and, with the consent of that court, assigned to the Honorable Barbara Jacobs Rothstein.

This order does not become effective until it is filed in the office of the Clerk of the United States District Court for the Western District of Washington. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Inasmuch as no objection is pending at this time, the stay is lifted.

OCT 15 2001

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

[signature: Michael J. Beck]
Michael J. Beck
Clerk of the Panel

10-29-01

9

# SCHEDULE CTO-2 TAG ALONG CASES
# DOCKET NO. 1407
# IN RE PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION

| DISTRICT | DIV | CIVIL ACTION# | CASE CAPTION | |
|---|---|---|---|---|
| ALABAMA MIDDLE | | | | |
| ALM | 2 | 01-802 | Matthews, etc. v. Bayer Corp., et al. | |
| ALABAMA NORTHERN | | | | |
| ALN | 1 | 01-2046 | Stitt, et al. v. Bristol-Meyers Squibb Co. | |
| ALN | 2 | 01-2101 | Middleton, etc. v. Bayer Corp. | |
| ~~ALN~~ | ~~3~~ | ~~01-1294~~ | ~~Bevis, et al. v. Glaxosmithkline Corp., et al.~~ | OPPOSED 10/12/01 |
| ALN | 4 | 01-1405 | Jones v. American Home Products Corp., et al. | |
| ALABAMA SOUTHERN | | | | |
| ~~ALS~~ | ~~1~~ | ~~01-335~~ | ~~Laster, etc. v. Metabolife, Inc., et al.~~ | OPPOSED 10/12/01 |
| ALS | 2 | 01-397 | Savage v. American Home Products Corp., et al. | |
| FLORIDA MIDDLE | | | | |
| FLM | 8 | 01-1132 | Mochrie, et al. v. SmithKline Beecham Corp. | |
| KENTUCKY WESTERN | | | | |
| ~~KYW~~ | ~~3~~ | ~~01-366~~ | ~~Nutt, et al. v. Bayer Corp.~~ | OPPOSED 10/12/01 |
| LOUISIANA WESTERN | | | | |
| ~~LAW~~ | ~~1~~ | ~~01-1760~~ | ~~Monk v. Bayer Corp., et al.~~ | OPPOSED 10/11/01 |
| ~~LAW~~ | ~~3~~ | ~~01-1761~~ | ~~Gray v. Bayer Corp., et al.~~ | OPPOSED 10/11/01 |
| ~~LAW~~ | ~~5~~ | ~~01-1499~~ | ~~Hill v. Bayer Corp., et al.~~ | OPPOSED 10/15/01 |
| ~~LAW~~ | ~~5~~ | ~~01-1629~~ | ~~Bowman v. Bayer Corp., et al.~~ | OPPOSED 10/11/01 |
| ~~LAW~~ | ~~5~~ | ~~01-1630~~ | ~~Baker v. Bayer Corp., et al.~~ | OPPOSED 10/11/01 |
| ~~LAW~~ | ~~5~~ | ~~01-1631~~ | ~~Speed v. Bayer Corp., et al.~~ | OPPOSED 10/11/01 |
| ~~LAW~~ | ~~5~~ | ~~01-1632~~ | ~~Calhoun v. Bayer Corp., et al.~~ | OPPOSED 10/11/01 |
| ~~LAW~~ | ~~5~~ | ~~01-1633~~ | ~~Williams v. Bayer Corp., et al.~~ | OPPOSED 10/11/01 |
| ~~LAW~~ | ~~5~~ | ~~01-1634~~ | ~~Bolden v. Bayer Corp., et al.~~ | OPPOSED 10/11/01 |
| ~~LAW~~ | ~~5~~ | ~~01-1660~~ | ~~Wiley, et al. v. Bayer Corp., et al.~~ | OPPOSED 10/11/01 |
| ~~LAW~~ | ~~5~~ | ~~01-1694~~ | ~~Metcalf v. Bayer Corp., et al.~~ | OPPOSED 10/11/01 |
| ~~LAW~~ | ~~5~~ | ~~01-1695~~ | ~~Wright v. Bayer Corp., et al.~~ | OPPOSED 10/11/01 |
| ~~LAW~~ | ~~5~~ | ~~01-1696~~ | ~~James v. Bayer Corp., et al.~~ | OPPOSED 10/11/01 |
| ~~LAW~~ | ~~5~~ | ~~01-1697~~ | ~~Jackson v. Bayer Corp., et al.~~ | OPPOSED 10/11/01 |
| ~~LAW~~ | ~~5~~ | ~~01-1698~~ | ~~Thompson v. Bayer Corp., et al.~~ | OPPOSED 10/11/01 |
| MINNESOTA | | | | |
| MN | 0 | 01-1469 | Robertson v. Whitehall-Robins, et al. | |
| MISSISSIPPI NORTHERN | | | | |
| MSN | 1 | 01-322 | Bland v. Bristol-Myers Squibb Co., Inc., et al. | |
| MISSISSIPPI SOUTHERN | | | | |
| ~~MSS~~ | ~~2~~ | ~~01-212~~ | ~~Davis, et al. v. American Home Products Corp., et al.~~ | OPPOSED 10/10/01 |
| MSS | 3 | 01-576 | Compton, et al. v. Whitehall-Robins, et al. | |
| MSS | 4 | 01-150 | Sanders v. American Home Products Corp., et al. | |
| ~~MSS~~ | ~~5~~ | ~~01-263~~ | ~~Robinson v. Bayer Corp., et al.~~ | OPPOSED 10/11/01 |
| ~~MSS~~ | ~~5~~ | ~~01-264~~ | ~~Pollard, etc. v. Bayer Corp., et al.~~ | OPPOSED 10/11/01 |
| MSS | 5 | 01-265 | Drayton v. Novartis Consumer Health, Inc., et al. | |
| ~~MSS~~ | ~~5~~ | ~~01-266~~ | ~~McQuirter v. Chattem, Inc., et al.~~ | OPPOSED 10/11/01 |
| OKLAHOMA WESTERN | | | | |
| OKW | 5 | 01-1103 | Lee v. American Home Products Corp., et al. | |
| PENNSYLVANIA EASTERN | | | | |
| PAE | 2 | 01-2483 | Vogt, et al. v. American Home Products Corp., et al. | |
| TENNESSEE MIDDLE | | | | |
| TNM | 3 | 01-509 | Sims, et al. v. Delaco Co., et al. | |
| TEXAS EASTERN | | | | |
| TXE | 9 | 01-157 | Washington v. American Home Products, Inc., et al. | |